## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

**BRIAN LAURENT EICHENLAUB,**         **CASE NO. 20-01839-5-DMW**
                                      **CHAPTER 13**

**DEBTOR**

### DEBTOR'S VERIFIED MOTION TO EXTEND AUTOMATIC STAY

Now comes the Debtor, by and through counsel, and moves this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1. The Debtor filed the above-captioned case on May 6, 2020.

2. On May 27, 2011 the Debtor filed a prior chapter 13 case bearing the assigned Case No. 11-04120-8-SWH in the Eastern District of North Carolina. The court dismissed that case on March 3, 2020. The dismissal of the prior case was because of the following (*mark all that apply*):

  ☐ Debtor or Debtor's immediate family incurred significant medical expenses;
  ☐ Debtor lost job/ had hours reduced/had wages reduced;
  ☐ Debtor incurred a significant expense on primary residence;
  ☐ Debtor incurred a significant expense on primary vehicle;
  ☐ Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money* *);
  ☐ Debtor incurred a significant expense related to a dependent (*if so, provide details*): *
  ✓ Other * Debtor's incurred significant expenses related to a change in marital and living situation, including child support.

3. The Debtor's circumstances have substantially changed because (*mark all that apply*):

  ✓ Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Provide details: * Debtor is self-employed and work has increased.
  ☐ Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): *
  ☐ Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): *

☐ Debtor now has more available income in the form of reduced expenses (*provide details*): *

☐ Other: *

4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

✓ is filed within five (5) days of the petition date
☐ is NOT filed within five (5) days of the petition date.

5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtor prays for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated: May 7, 2020

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
Sasser Law Firm
2000 Regency Parkway, Suite 230
Cary, NC 27518
NC Bar No. 26707
Tel: 919.319.7400
Fax: 919.657.7400
Email: travis@sasserbankruptcy.com

## DECLARATION

Under penalty of perjury, I, **Brian Laurent Eichenlaub,** hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

_____
(Signed)
**Brian Laurent Eichenlaub,**

Sworn and subscribed to me this the 7th day of May, 2020

_____
Notary Public

*[Notary seal: Rebekah Hill, Notary Public, Wake County, NC, My Commission Expires 03-24-2024]*

**END OF DOCUMENT**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

BRIAN LAURENT EICHENLAUB,　　　　　　CASE NO. 20-01839-5-DMW
　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　DEBTOR

### NOTICE OF MOTION

　　　NOTICE IS HEREBY GIVEN that a Motion to Continue Automatic Stay has been filed by the debtor. A copy of the motion accompanies this notice.

　　　TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. If a response is filed, a hearing on this motion will be heard at the United States Bankruptcy Court, Eastern District of North Carolina, Raleigh Division located at the Century Station Federal Building, 300 Fayetteville Street, Raleigh, North Carolina 27601 in *3rd Floor Courtroom starting at 10 AM on June 3, 2020.* You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: May 7, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Travis Sasser
　　　　　　　　　　　　　　　　　　　　Travis Sasser
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　State Bar No. 26707
　　　　　　　　　　　　　　　　　　　　2000 Regency Parkway, Suite 230
　　　　　　　　　　　　　　　　　　　　Cary, NC 27518
　　　　　　　　　　　　　　　　　　　　Tel: 919.319.7400
　　　　　　　　　　　　　　　　　　　　Fax: 919.657.7400
　　　　　　　　　　　　　　　　　　　　travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

John F. Logan
Chapter 13 Trustee
*Served Electronically*

**Brian Laurent Eichenlaub**
107 Chapel Valley Lane
Apex, NC 27502

*ALL PARTIES ON THE ATTACHED MAILING MATRIX*

Dated: May 7, 2020

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ashley Funding Services
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Beneficial Financial I Inc.
Attn: Managing Agent/Bankruptcy
636 Grand Regency Boulevard
Brandon, FL 33510-3942

C & E Acquisition Group
3580 Harlem Road, Suite 6
Buffalo, NY 14215-2045

Candica, LLC
c/o Weinstein & Riley, PS
2001 West Avenue, Suite 400
Seattle, WA 98121

Capital One
Attn: Managing Agent/Bankruptcy
Post Office Box 30285
Salt Lake City, UT 84130-0285

Carrington Mortgage Services, LLC
Attn: Managing Agent/Bankruptcy
1600 South Douglas Rd Ste 110/200A
Anaheim, CA 92806-5951

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

National Auto Finance Company
PO Box 130424
Saint Paul, MN 55113-0004

Portfolio Investments I LLC
c/o Recovery Management Systems
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Premier Bankcard, LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Rae Marie Johnson Eichanlaub
2421 Castleburg Drive
Apex, NC 27523-5147

Santander Consumer USA
Attn: Managing Agent/Bankruptcy
PO Box 961245
Fort Worth, TX 76161-0244

WakeMed
Attn: Managing Agent/Bankruptcy
3000 New Bern Avenue
Raleigh, NC 27610-1295

Wells Fargo Bank
Attn: Bankruptcy Processing
Post Office Box 10335
Des Moines, IA 50306-0335

Brian Laurent Eichenlaub
2030 Garner Station Boulevard
Raleigh, NC 27603-3641